# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| In Re: | : |
| | : **Chapter 13** |
| **Gerald R Holsinger** | : **Case No. 1:18-bk-01888-HWV** |
| | : |
| | : |
| **Debtor,** | : |
| | : |
| ---------------------------------------------------- | : |
| | : |
| U.S. Bank Trust National Association | : |
| as Trustee of the Lodge Series IV Trust | : |
| | : |
| Movant, | : |
| v. | : |
| | : |
| Gerald R Holsinger | : |
| | : |
| | : |
| Debtor, | : |
| and | : |
| | : |
| Charles J DeHart, III, Esquire | : 11 U.S.C. §362(d) |
| Trustee, | : |
| | : |
| Respondents. | : |

## ORDER MODIFYING §362 AUTOMATIC STAY

Upon the Certification of Default of PARKER, McCAY, P.A. Attorneys for U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust (hereinafter "Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown;

1.  The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following property described

below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*798 Creek Road, Carlisle, PA 17015*

2. **ORDERED** that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3. The Notice and filing requirements of FRBP 3002.1(b & c) are no longer applicable to Movant's claim.

4. The Movant may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

Dated:  May 19, 2020        By the Court,

_____

Henry W. Van Eck, Chief Bankruptcy Judge (L.S)